1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         EASTERN DISTRICT OF CALIFORNIA
10
11   ANNETTE PIERCE,
12           Plaintiff,                              No. CIV. S-09-3002 FCD DAD
13       v.
14   SPROUTS CAFÉ, INC.,                             **RELATED CASE ORDER**
15           Defendant.
     _____/
16
     SPROUTS CAFÉ, INC, et. al.,
17
             Plaintiffs,                             No. CIV. S-10-0574 MCE GGH
18
         v.
19
     ANNETTE PIERCE,
20
             Defendant.
21   _____/
22
23       Examination of the above-entitled actions reveals that they are related within the meaning
24   of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same parties, are based on the
25   same or similar claims, the same property transaction or event, similar questions of fact and the
26   same questions of law, and would therefore entail a substantial duplication of labor if heard by
27   different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect
28   a substantial savings of judicial effort and is also likely to be convenient for the parties.

1  The parties should be aware that relating the cases under Local Rule 123 merely has the
2 result that these actions are assigned to the same judge; no consolidation of the actions is
3 effected.  Under the regular practice of this court, related cases are generally assigned to the
4 judge and magistrate judge to whom the first filed action was assigned.
5  IT IS THEREFORE ORDERED that the actions denominated, CIV. S-10-0574 MCE
6 GGH is reassigned to District Judge Frank C. Damrell, Jr., and Magistrate Judge Dale A. Drozd
7 for all further proceedings, and any dates currently set in this reassigned case only are hereby
8 VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown
9 as: **CIV. S-10-0574 FCD DAD**.
10  IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
11 assignment of civil cases to compensate for this reassignment.
12  IT IS SO ORDERED.
13 DATED:  March 18, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE