1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                        FOR THE EASTERN DISTRICT OF CALIFORNIA

9    ANNETTE PIERCE,

10            Plaintiff,                       No. CIV S-09-3002 FCD DAD

11        v.

12   SPROUTS CAFÉ INC.,

13            Defendant.                       ORDER

14   _____/

15            This case came before the court on May 14, 2010, for hearing on plaintiff's

16   motion to quash subpoena duces tecum.  Jeffrey A. Briggs, Esq. appeared for plaintiff.  Zachary

17   Best, Esq. appeared for defendant.  For the reasons stated on the record, plaintiff's April 20, 2010

18   motion to quash (Doc. No. 18) is granted only in part.  Dr. Charles Held shall produce to

19   defendant all records, without restriction as to date, that reflect plaintiff Annette Pierce's mobility

20   impairment and any recommendation, suggestion or prescription that she utilize a walker or a

21   wheelchair.  Portions of the records that do not pertain to Annette Pierce's mobility impairment

22   shall be redacted.  Plaintiff's motion to quash is granted as to all other aspects of the subpoena.

23   Defendant's request for sanctions is denied.

24            IT IS SO ORDERED.

25   DATED: May 17, 2010.

26
     DAD:kw                                    _____
     Ddad1/orders.civil/pierce3002.oah.mtq.051410   DALE A. DROZD
                                                    UNITED STATES MAGISTRATE JUDGE