Jeffery A. Briggs, Esq.
Law Offices of Jeffery A. Briggs
California State Bar No. 211227
580 Mt. Rose Street
Reno, NV 89509
(775) 786-1555
(775) 284-3809 (fax)
jeff@jabriggslaw.com
Attorney for Plaintiff, ANNETTE PIERCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNETTE PIERCE,<br><br>      Plaintiff,<br>v.<br><br>SPROUTS CAFE INC.; and DOES ONE through FIFTY, inclusive,<br><br>      Defendant. | Case No.: 2:09-cv-03002-FCD-DAD<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DIPUTE RESOLUTION PROGRAM (VDRP) PURUSANT TO L.R. 271** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated:   June 30, 2010         /s/ Jeffery A. Briggs_____
                                            Jeffery A. Briggs, Attorney for Plaintiff,
                                            **ANNETTE PIERCE**

Dated:   June 30, 2010         /s/ Catherine Corfee_____
                                            Catherine Corfee, Attorney for Defendant,
                                            **SPROUTS CAFÉ INC.**

**IT IS SO ORDERED.**

Dated:  June 30, 2010

                                            _____
                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR VDRP                                                                                          1