1  WILLIAM J. ROUTSIS, II
   California Bar No. 145882
2  540 West Plumb Lane, Suite 1C
   Reno, NV 89509
3  (775) 284-7700
   (775) 284-3809 (fax)
4  william@routsisgilbert.com
   Attorney for Defendant, SPROUTS CAFÉ, INC.
5

6              **UNITED STATES DISTRICT COURT**

7              **EASTERN DISTRICT OF CALIFORNIA**

8  ANNETTE PIERCE,                              )   Case No. 2:09-cv-03002-FCD-DAD
                                                )
9          Plaintiff,                           )
                                                )   **STIPULATION AND ORDER FOR**
10 v.                                           )   **DISMISSAL WITH PREJUDICE**
                                                )
11 SPROUTS CAFÉ, INC., and DOES ONE through    )
   FIFTY, inclusive.                            )
12                                              )
                                                )
13         Defendants.                          )
                                                )
14                                              )
                                                )
15                                              )
                                                )
16 _____)

17      Plaintiff ANNETTE PIERCE and Defendants SPROUTS CAFÉ, INC. and through their

18 respective attorneys of record, hereby stipulate as follows:

19      1.    Plaintiff and Defendants agree to the dismissal of all Defendants with prejudice, each

20 party to bear her or its own attorneys fees and costs and respectfully request that the entire case be

21 dismissed with prejudice.

22

23 ///

24 ///

25 ///

26 ///

27 ///

28

                                                                                                  1

    2.    Accordingly, the Parties jointly request the Court to dismiss all parties from this action and that the entire case be dismissed with prejudice.

IT IS SO STIPULATED.

Dated:   October 6, 2010.                   _____/s/_____
                                                    JEFFERY A. BRIGGS, Attorney for Plaintiff

                                                    ROUTSIS GILBERT, LTD.

Dated:   October 6, 2010.                   _____/s/_____
                                                    WILLIAM J. ROUTSIS, II, Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

Dated:  October 27, 2010                   _____
                                               FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE